IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | INFORMATION |
| v. | CRIMINAL NO. 25-404-MAJ |
| ADRIAN GARCIA-HERNANDEZ,<br>Defendant. | VIOLATIONS:<br>COUNTS 1-2: 21 U.S.C. § 331(a)<br><br>(2 COUNTS) |

The United States Attorney charges:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The FDA regulated, among other things, the manufacture, labeling, and distribution of veterinary drugs shipped and received in interstate and foreign commerce according to the provisions of the Food, Drug, and Cosmetic Act (FDCA), 21 U.S.C. §§ 301 et seq. Among the purposes of the FDCA was to ensure that veterinary drugs were safe and effective. 21 U.S.C. § 393(b)(2).

2. The FDCA defined "drugs," among other things, as articles intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease in man or animals; and articles (other than food) intended to affect the structure or any function of the body of man or other animals. 21 U.S.C. § 321(g)(1)(B) and (C).

3. A "new animal drug" meant, among other things, any drug intended for use for animals other than man, the composition of which was such that such drug was not generally recognized, among experts qualified by scientific training and experience to evaluate the safety and effectiveness of animal drugs, as safe and effective for use under the conditions prescribed, recommended, or suggested in the labeling thereof. 21 U.S.C. § 321(v).

4. A new animal drug was, with respect to any particular use or intended use of such drug, deemed "unsafe" under 21 U.S.C. § 351(a)(5) unless, among other things, it was the subject of FDA approval,[1] conditional approval, index listing, or emergency use authorization. 21 U.S.C. § 360b(a)(1). A new animal drug was adulterated if it was "unsafe" under the definition. 21 U.S.C. § 351(a)(5).

5. Xylazine was a non-opiate sedative, analgesic, and muscle relaxant commonly known as "tranq" which was the active pharmaceutical ingredient in an animal drug authorized in the United States for veterinary use according to the United States Food and Drug Administration (FDA). Xylazine was used as an analgesic and as a preanesthetic to local and general non-human anesthesia, and as such, any animal drugs that contained xylazine were prescription drugs, available only by or on the order of a licensed veterinarian. 21 U.S.C. § 353(f)(1)(A); 21 C.F.R. §522.2662.

6. While xylazine was not approved for use in humans, it was detected in the illicit drug supply and in human drug overdoses. Xylazine was not shown to be safe for use in humans and resulted in serious and life-threatening side effects. As a result, FDA issued Import Alert 68-20 on February 28, 2023 to prevent finished drug products containing xylazine from entering the United States market.

7. In or about October and November 2024, ADRIAN GARCIA-HERNANDEZ imported vials of animal drugs purporting to contain xylazine, from Colombia to Puerto Rico, which were not FDA approved.

---

[1] FDA approvals were not for the molecular entity itself (i.e., the active pharmaceutical ingredient), but included the specific product makeup and labeling of the product for the applicant's particular intended use. It is important to note that while xylazine was the active pharmaceutical ingredient in some FDA-approved prescription animal drugs, these approvals did not mean that *all* animal drugs containing xylazine were FDA-approved.

## COUNTS ONE AND TWO

### Introduction of Adulterated Drugs into Interstate Commerce
### 21 U.S.C. § 331(a)

8. The allegations in paragraphs 1-7 are incorporated by reference.

9. On or about the dates set forth below, in the District of Puerto Rico and elsewhere within the jurisdiction of the Court, the defendant,

**ADRIAN GARCIA-HERNANDEZ,**

caused the introduction into interstate commerce of adulterated animal drugs within the meaning of 21 U.S.C. § 351(a)(5), in that the drugs were unsafe new animal drugs and not otherwise FDA-approved.

| Count | Approximate Date | Description |
|---|---|---|
| 1 | October 22, 2024 | FedEx package from Bogota, Colombia to San Juan, Puerto Rico, containing 50 boxes of Equiet Xilacina 10%, an unsafe animal drug. |
| 2 | November 20, 2024 | FedEx package sent from Bogota, Colombia to San Juan, Puerto Rico, containing 23 boxes of Equiet Xilacina 10%, an unsafe animal drug. |

All in violation of 21 U.S.C. §§ 331(a) and 333(a)(1).

W. STEPHEN MULDROW
United States Attorney

*[signature]*

Seth A. Erbe
Assistant United States Attorney
Chief, Financial Fraud and Public Corruption Unit

*[signature]*

Kyrsten Melander
Special Assistant United States Attorney